UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

SYRACUSE UNIVERSITY,

                Plaintiff,

      v.

JIMMY LYONS, A.J. DISCALA, and
THE ORLANDO ORANGEMEN, LLC,

                Defendants.
-------------------------------------------------------------

**NOTICE OF DISMISSAL
WITHOUT PREJUDICE**

Civil Action No. 06-CV-1283 (FJS/DEP)

      **PLEASE TAKE NOTICE** that the above-entitled action is hereby dismissed without prejudice. Said dismissal is filed pursuant to Fed. R. Civ. P. 41(a)(1) since defendants have not served an answer or a motion for summary judgment.

Dated: January 31, 2007

SO ORDERED
_____
David E. Peebles
U.S. Magistrate Judge
Dated: 2/1/07
Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By: _____
Louis Orbach (507815)
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 218-8000
Fax: (315) 218-8100

Attorneys for Plaintiff

1267192.1